UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-61491-CIV-DIMITROULEAS/HUNT

NYANDRA FOREMAN,

Plaintiff,

v.

JGW LENDING, LLC,

Defendant.

---

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon Defendant's Motion to Compel Arbitration and Stay Proceedings [DE 33] ("the Motion"), filed herein on September 11, 2026, and the October 28, 2026 Report and Recommendation entered by United States Magistrate Judge Patrick M. Hunt [DE 38] (the "Report"). The Court notes that no objections to the Report [DE 38] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 38] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749–50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 38] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 38] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Compel Arbitration [DE 33] is **GRANTED**.

3. The Parties shall file joint status reports indicating the status of the arbitration proceedings every ninety (90) days.

4. The Clerk is DIRECTED to **STAY** and **ADMINISTRATIVELY CLOSE** this case pending completion of arbitration.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 17th day of November, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record